## STATE OF CONNECTICUT *v.* DOUGLAS GLEASON
## (AC 26915)

Schaller, Bishop and DiPentima, Js.

Argued December 1—officially released December 26, 2006

Per Curiam. The judgment is affirmed.

## CARLOS ASHE *v.* COMMISSIONER OF CORRECTION
## (AC 26982)

Schaller, McLachlan and Pellegrino, Js.

Argued December 6—officially released December 26, 2006

Per Curiam. The appeal is dismissed.

## BILLY G. HUNT *v.* COMMISSIONER OF CORRECTION
## (AC 27014)

Gruendel, Harper and West, Js.

Argued December 6—officially released December 26, 2006

Per Curiam. The appeal is dismissed.